**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| CITY OF GALVESTON, <br>   *Plaintiff,* | § § § | |
| vs. | § § § | CIVIL ACTION NO. 3:22-cv-00256 |
| SONYA PORRETTO, <br>   *Defendant.* | § § § | |

**THE CITY OF GALVESTON'S NOTICE OF
<u>VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

The City of Galveston dismisses the above-captioned action without prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(i). Defendant Sonya Porretto has not served an answer or motion for summary judgment in this action.

                Respectfully submitted,

                By: */s/ Barry Abrams*
                Barry Abrams
                Attorney-in-Charge
                State Bar No. 00822700
                S.D. Tex. Bar No. 2138
                Neil F. Young
                State Bar No. 24121218
                S.D. Tex. Bar No. 3635269
                BLANK ROME LLP
                717 Texas Avenue, Suite 1400
                Houston, Texas 77002
                (713) 228-6601
                (713) 228-6605 (fax)
                barry.abrams@blankrome.com
                neil.young@blankrome.com

                **ATTORNEYS FOR PLAINTIFF
                THE CITY OF GALVESTON**

## **CERTIFICATE OF SERVICE**

    I certify that on August 3, 2022, a true and correct copy of the foregoing and/or attached instrument was served via the Court's Electronic Filing System on all parties requesting notice in this Proceeding.

                                     */s/ Barry Abrams*
                                       Barry Abrams