UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CITY OF GALVESTON. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:22-CV-256 |
| | § | |
| SONYA PORRETTO, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Before the court is Sonya Porretto's Motion for New Trial or to Alter or Amend Judgment. Dkt. 31. The court remanded this case to state court for removal defects and for lack of subject-matter jurisdiction, and the remand order has already been mailed to the state court. Dkt. 30. Thus, the court does not have jurisdiction over the motion. 28 U.S.C. § 1447(c)–(d); *Quackenbush v. Allstate Ins. Co.*, 517 U.S. 706, 711–12 (1996); *Arnold v. Garlock, Inc.*, 278 F.3d 426, 438 (5th Cir. 2001). The motion is denied as moot. Dkt. 31. Moreover, the court is confident that its remand was sound.

Signed on Galveston Island this 14th day of December, 2022.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE